UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT ) ) ) ) ) ) ) ) ) ) | Cause No. 1:14-mj-0007 |

## MOTION TO UNSEAL SEARCH WARRANT

The United States of America, by and through its counsel, William L. McCoskey, Assistant United States Attorney, hereby moves the Court to unseal the search warrant, the affidavit, and the accompanying attachments submitted in support of the search warrant in the above-entitled action.

In support of its motion, the United States would inform the Court that the search warrant has been executed and that the interests of justice and the needs of the investigation no longer require all of the previous documents to remain under seal.

Wherefore, the United States would respectfully request the Court to grant the instant motion.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: /s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney